UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAMES KILKENNY et al., :
:
Plaintiffs, :
: 24-CV-6955 (JMF)
-v- :
: ORDER
THE SAFETY GROUP, LTD., *also known as* SAFETY :
PROFESSIONAL ASSOCIATION, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant was required to answer the Complaint by October 25, 2024, *see* ECF No. 12, but has not done so to date. As a courtesy, Defendant's deadline is hereby EXTENDED, *nunc pro tunc*, to **November 4, 2024**. The Court will invite Plaintiff to move for default judgment if Defendant fails to appear and answer the Complaint by that deadline.

      Plaintiffs are directed to serve a copy of this Order on Defendant, and to file proof of such service by **October 31, 2024**.

      SO ORDERED.

Dated: October 29, 2024
      New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge