

Application GRANTED.  The in-person conference currently scheduled for July 2, 2025, is hereby ADJOURNED to **July 16, 2025**, at **11:30 a.m.** The Clerk of Court is directed to terminate ECF No. 48.  Plaintiffs shall serve a copy of this endorsed letter to Defendant immediately.
SO ORDERED.

July 1, 2025

Elise S. Feldman
efeldman@rothmanrocco.com

July 1, 2025

**FILED VIA ECF**
Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>Local 175 Pension Fund, et al. v. The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc.
       Civil Action No. 24-CV-06955 (JMF)</u>

Dear Judge Furman:

  This firm represents the Plaintiffs in the above-referenced complaint to compel an audit, and to collect unpaid benefit fund contributions, plus interest, damages, fees, and costs from Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. ("Defendant" or "Employer"). Pursuant to the Court's Order and the Court's individual rules, we hereby respectfully request that the in-person conference in this matter, currently scheduled for July 2, 2025 at 11:00 a.m. This request was made by Defendant to the undersigned based on two pieces of information: first, that he has an urgent family medical matter that he needs to take care of, and second, that he is gathering the remaining required documents which are to be submitted to the auditor today.

  In light of Defendant's family matter, and because Defendant is not represented by counsel, Plaintiffs consented to request a short adjournment. This is the parties' first such request for an adjournment of this conference. This will not affect any other aspect of this case. Because there is no other appearance scheduled before this Court, the parties respectfully offer July 10, July 16, or July 17 as alternative conference dates.

            Respectfully submitted,
            *Elise S. Feldman*
            Elise S. Feldman

cc: Robert Simoni, Employer Representative (via e-mail: rsimoni@safetygroupltd.com)