UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JAMES KILKENNY et al.,                                             :
:
Plaintiffs,              :
:         24-CV-6955 (JMF)
-v-                                         :
:             ORDER
THE SAFETY GROUP, LTD.,                                            :
:
Defendant.               :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the in-person conference held earlier today, Plaintiffs shall file a letter by **the eighth of every month**, updating the Court about Defendant's compliance with the audit proceedings and payment of the judgment.

      SO ORDERED.

Dated: July 16, 2025
       New York, New York

                                                        _____
                                                          JESSE M. FURMAN
                                                       United States District Judge