UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES KILKENNY et al.,

Plaintiffs,

-v-

THE SAFETY GROUP, LTD.,

Defendant.

---

24-CV-6955 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for an in-person conference with the Court on **July 14, 2026**, at **11:00 a.m.**, in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, to discuss Defendant's letter to the Court, ECF No. 63, as well as Plaintiffs' motion for default judgment, ECF No. 64.

SO ORDERED.

Dated: July 7, 2026
New York, New York

JESSE M. FURMAN
United States District Judge