UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES KILKENNY et al.,

Plaintiffs,

-v-

THE SAFETY GROUP, LTD.,

Defendant.

---

24-CV-6955 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the in-person conference held earlier today, the Court adopts the following briefing schedule:

- Any opposition to Plaintiff's motion for default judgment as to damages, ECF No. 64, and any cross-motion to vacate the order of partial default judgment, ECF No. 41, shall be filed no later than **October 22, 2026.**

- Plaintiff's reply and, in the event a cross-motion is filed, opposition shall be filed (in the form of a single, consolidated submission) no later than **November 12, 2026.**

- Defendant's reply, if any, in support of a cross-motion to vacate shall be filed no later than **November 25, 2026.**

**These deadlines are not likely to be extended.**

SO ORDERED.

Dated: July 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge