UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES KILKENNY and CHARLES PRIOLO, AS TRUSTEES OF THE CONSTRUCTION COUNCIL LOCAL UNION 175 PENSION FUND, JAMES KILKENNY and CHARLES PRIOLO, AS TRUSTEES OF THE CONSTRUCTION COUNCIL LOCAL 175 WELFARE FUND, JAMES KILKENNY and CHARLES PRIOLO, AS TRUSTEES OF THE CONSTRUCTION COUNCIL LOCAL 175 ANNUITY FUND, and JAMES KILKENNY and CHARLES PRIOLO, AS TRUSTEES OF THE CONSTRUCTION COUNCIL LOCAL 175 TRAINING FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>THE SAFETY GROUP, LTD., a.k.a., SAFETY PROFESSIONAL ASSOCIATION, INC.,<br><br>Defendant. | **Civil Action No.: 24-CV-06955 (JMF)**<br><br>**~~PROPOSED~~ ADDITIONAL DEFAULT JUDGMENT AS TO DAMAGES** |

This action having been commenced on September 13, 2024 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. on October 4, 2025 by personal service on Amanda Martinez, Agent for service of process for Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc., and a proof of service having been filed on October 28, 2024, and the Defendant not having answered the Complaint, and the time for answering the Complaint expired.

Further, this action having a Partial Default Judgment entered by this Court against Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. on February 11, 2025, with an Amended Partial Default Judgment having been entered by this Court against

Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. on February 27, 2025.

And Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. having further complied with the Partial Default Judgment entered by this Court on February 27, 2025 by remitting payment for the Award of $16,340.63 and by submitting its books and records for payroll compliance proceedings.

And no opposition to Plaintiffs' motion having been filed by the October 22, 2026 deadline. ECF No. 78.

It is therefore further:

**ORDERED, ADJUDGED AND DECREED**, THAT Defendant The Safety Group, Ltd., a.k.a. Safety Professional Association, Inc. is liable to Plaintiffs for a judgment in the amount of **$5,500,045.94** and further relief as follows:

(1) $1,893,134.88 awarded to Plaintiffs for delinquent Welfare Fund Contributions; and

(2) $1,673,715.75 awarded to Plaintiffs for delinquent Pension Fund Contributions; and

(3) $1,569,535.25 awarded to Plaintiffs for interest on contributions found to be due and owing for the period from September 13, 2018 through March 31, 2025 at the rate of ten percent (10%) per annum from the date the contributions were due through April 30, 2026; and

(4) $356,685.06 awarded to Plaintiffs for liquidated damages on contributions found to be due and owing for the period from September 13, 2018 through March 31, 2025 calculated at ten percent (10%) of the total amount contributions found to be owed; and,

(5) $6,975.00 awarded to Plaintiffs for the cost of preparing the payroll compliance report; and,

(6) Plaintiffs granted leave to make an application to this Court for attorneys' fees and costs associated with this action. Any such motion shall be filed by December 3, 2026; any opposition shall be filed by December 15, 2026; and any reply shall be filed by December 21, 2026. The parties shall confer in advance in an effort to reach agreement.

Dated: New York, NY

November 4, 2026

SO ORDERED:

Hon. Jesse M. Furman, U.S.D.J.

The Clerk of Court is directed to terminate ECF No. 64 and to close this case.